IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PATRICIA SMITH, | § | |
| | § | |
| Respondent Below, | § | No. 497, 2024 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DEPARTMENT OF SERVIES FOR | § | File No. CN21-03096 |
| CHILDREN YOUTH AND THEIR | § | Petition No. 21-12109 |
| FAMILIES, | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: October 15, 2025
Decided: December 4, 2025

Before **SEITZ**, Chief Justice; **LEGROW**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

This 4th day of December, 2025, after careful consideration of the parties' briefs and the record below, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in the Family Court's orders dated April 10, 2024 and October 31, 2024

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice